# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAPFRE INSURANCE COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **JOHN F. FORTE, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 21-2240-KSM** |

## ORDER

**AND NOW**, this 18th day of April, 2022, upon consideration of the Plaintiff's motion for summary judgment (Doc. No. 18), Defendant John Forte's response (Doc. No. 20), Plaintiff's reply (Doc. Nos. 21, 22), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion is **GRANTED**, and Mapfre Insurance Company does not owe John F. Forte a duty to defend or a duty to indemnify in the underlying state court matter.
.

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.